### IN THE UNITED STATES DISTRICT COURT
### WESTERN DISTRICT OF ARKANSAS
### HARRISON DIVISION

UNITED STATES of AMERICA                                          PLAINTIFF


V.                              NO.  3:10-CR-30002-JLH


ANTHONY I. RHODEN                                                DEFENDANT

### O R D E R

Before the court is the Defendant's Motion for Psychiatric Examination (Doc. 12) filed

April 15, 2010 requesting an evaluation of the Defendant in order to determine whether he is able

to understand the nature and consequences of the proceedings against him and to assist in his

defense.

At the Initial Appearance the Defendant was advised of his rights but could not commit to

understanding the nature of the proceedings against him. The Probation office had submitted a

PSR indicating that the defendant had a history of hearing voices, stating at time the voices have

told him he is not a good person and to hurt himself. The defendant believes these voices are

from God or the devil and that he last heard these voices on April 13, 2010.   The defendant has a

long history of attempted suicide and self inflicted injury.  These past action have been verified

by his partner of seven years, Kayt Plantz who also stated that the defendant has severe memory

problems.  Ms. Plantz has tried, unsuccessfully, to have the defendant get professional counseling

for years and she has concern for his mental health. Ms. Plantz stated that the defendant told her

that on February 3, 2010 the government would place the citizens in concentration camps, force

persons to have an RFID chip inserted into their bodies, and that a new world order was coming.

The Court has been informed that the Assistant U.S. Attorney, David Harris, has no

objections to the motion.

Pursuant to 18 U.S.C. § 4247(b), the defendant shall be committed to the custody of the Attorney General or his authorized representative for placement in a suitable federal correctional facility for a period not to exceed thirty days for a psychological examination under 18 U.S.C. § 4241 to determine whether the defendant is able to understand the nature and consequences of the proceedings against him or to assist properly in his defense.  While the defendant is in said correctional facility, defendant shall also be examined, pursuant to 18 U.S.C. § 4242, to determine whether he was insane at the time of the offenses charged, for a period not to exceed an additional forty-five days.

Pursuant to 18 U.S.C. § 4247(c), the facility conducting the examinations shall file a copy of the report with this Court, with copies to counsel for the defendant and the Government.  Should defendant desire a hearing on the issue of his competency to stand trial, he will have ten days from the filing of the report within which to demand one.

The United States District Court Clerk is directed to provide the United States Marshal's Service with a certified copy of this order.  The United States Marshal's Service is directed to immediately notify the Court upon receipt of defendant's facility designation.  The Court will then issue an order directing defendant's transport to this facility.

Any delay in the trial of this action occasioned by this examination is excludable under the provision of 18 U.S.C. §3161(h)(1)(A).

IT IS SO ORDERED this 16th day of April 2010.


/s/ J. Marschewski
HON.  JAMES R. MARSCHEWSKI
Chief United States Magistrate Judge